## DONALDSON v. NESBIT.

Action for perpetual injunction against trespass by Sydney T. Donaldson against Mitchell Nesbitt, Faith Johnson, Max Sindab, Cain Rutledge, James Greer. Saul Carr, Peter Carr, Sam Carr, and D. H. Smith, heard on Circuit with the preceding case of Alston *v.* Limehouse. From orders of Judges Gage and Gary therein set out, the defendants appeal.

*Messrs. Smith, Lee & Frost* and *Walter Hazard,* for appellants, adopt argument used in preceding case.

*Messrs. Bryan & Bryan,* contra, cite: *Defendants not entitled to jury trial as matter of right:* Code, 274; 53 S. C., 130; 54 S. C., 430; 29 S. C., 447; 58 S. C., 459; 52 S. C., 461; 29 S. C., 26; 58 S. C., 459. *Plaintiffs have title to land in question and right to injunction:* 22 S. C., 74, 494; 33 S. C., 187; 2 N. & McC., 400; Rev. Stat., 1873, 1874; 42 S. C., 138; Rev. Stat., 1835-1845. *Acts of the State recognizing private rights in these waters:* 21 Stat., 180; 22 Stat., 222; 23 Stat., 451; 23 Stat., 450; 33 S. C., 187. *As to right of fishing:* 153 U. S., 1. *Temporary injunction is a remedy of right:* 42 S. C., 141; 27 S. C., 414; 38 S. C., 145; 54 S. C., 430; 2 Hill Ch., 619; 42 S. C., 97; 3 Strob., 504; 27 N. J. R., 389; 35 S. E. R., 375. *This order of reference is not appealable:* 29 S. C., 26; 33 S. C., 389; 58 S. C., 459; 53 S. C., 129; 52 S. C., 461. *This order granting temporary injunction is not appealable:* 42 S. C., 101; 51 S. C., 433; 54 S. C., 457; 49 S. C., 325; 48 S. C., 315; 29 S. C., 1; 58 S. C., 21; 25 S. C., 41; 47 S. C., 97; 56 S. C., 540.

June 22, 1901. The opinion of the Court was delivered by

MR. JUSTICE GARY. The facts of this case are similar to those in the case of Charles Pringle Alston *et al.,* plaintiffs, respondents, *v.* J. F. Limehouse *et al.,* defendants, appellants, in which the opinion has just been filed, and as the principles therein stated are applicable to this case, it is only necessary to announce the judgment of this Court, which is that the appeals from the orders of Judge Gage be dismissed, and that the order of Judge Gary be reversed.